The technology itself is extremely high level, the claims are very high level. But your technology is extremely complicated. No, it's extremely sensitive and secret, but it's not highly complex. All right, well we've given you all lots of extra time to try to make sure we have a full understanding, so we thank both counsel, we'll take the mandamus petition under advisement, and you'll be promptly notified of our ruling when it's reached. Thank you very much. All rise.